USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

## HOUSTON DIVISION

USAO Number: 2026R04212

Magistrate Number:

CRIMINAL INFORMATION

United States Courts
Southern District of Texas
FILED

*March 16, 2026*

Filed   Nathan Ochsner, Clerk of Court

No. **4:26-cr-135**

Judge: **Ellison**

UNITED STATES of AMERICA

vs.

ALFONSO WILSON

### ATTORNEYS:

| | | Appt'd | Private |
|---|---|---|---|
| **JOHN G.E. MARCK, ACTING USA** | **(713) 567-9000** | | |
| AUSA Brad Gray | (713) 567-9000 | | |
| Eduardo Franco 713-302-0317  Tom Moore edfranco@edfrancolaw.com  tom@tmoorecriminaldefense.com | | ☐ | ☒ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNT:)
(1)

Ct. 1:  CONSPIRACY – [18 U.S.C. § 371]

PENALTY:  Ct.1: Up to 5 years' imprisonment, $250,000 fine, 3 years supervised release, and $100 special assessment.

NOTICE OF CRIMINAL FORFEITURE: [18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)]

☐ In Jail

☐ On Bond

☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: