UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

ALFONSO WILSON

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CRIMINAL NO:  **4:26-cr-135**

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a _____CRIMINAL INFORMATION_____ has been filed against

the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on

__March 27, 2026__ at __10:00 AM__ .   Upon appearance, a judicial determination shall be

made as to detention or release on conditions.  The United States Government recommends to

the Court the following conditions of release.

Defendant
ALFONSO WILSON

[X] Appearance Bond in the Amount of:
$ **5,000 unsecured bond**

SIGNED at Houston, Texas, on __March 16, 2026.__ ____

_____
UNITED STATES MAGISTRATE JUDGE