UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:26-CR-00135 |
|---|---|---|---|---|
| | UNITED STATES OF AMERICA | | | |
| | | | | |
| | *versus* | | | |
| | ALFONSO WILSON | | | |
| | | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | THOMAS P. MOORE<br>Law Office of Thomas P. Moore, PLLC<br>800 Dolorosa Street, Suite 206<br>San Antonio, Texas 78207<br>(210)290-0661; tom@tmoorecriminaldefense.com<br>Texas Bar No. 14378320 (1988); Western District Texas (1994) |
|---|---|

| Name of party applicant seeks to appear for: | ALFONSO WILSON<br>(as co-counsel) |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/23/2026 | Signed: |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
                                                      United States District Judge