## SENTENCE DATA SHEET

**DEFENDANT:**  **Alfonso Wilson**

**CRIMINAL NO:**  4:26-cr-135

**GUILTY PLEA:**  Count One of the Information

**PLEA:**

1. Pursuant to <u>Rule 11(c)(1)(A) and (B)</u>, the defendant will plead guilty to Count One of the Information (§ 371 conspiracy).   ¶ 1.

2. SDTX and the Fraud Section agree not to file other counts arising from the conduct described in Information.   ¶ 11.

3. The United States agrees to recommend to the Court and the United States Probation Office that, for purposes of section 2B1.1 of the United States Sentencing Guidelines, the Court should consider the amount of the corrupt payments that were actually paid, which was more than $1,500,000 but less than $3,500,000.   ¶ 10(a).

4. The United States agrees to recommend to the Court and the United States Probation Office that the defendant does not qualify for an Aggravating Role enhancement under section 3B1.1 of the United States Sentencing Guidelines and that the defendant is an average participant.   ¶ 10(b).

5. The United States agrees not to oppose the defendant's request for acceptance of responsibility and to request an additional one level decrease for early acceptance.   ¶¶ 10(c) & (d).

**COUNT ONE:**  **Conspiracy to violate the Foreign Corrupt Practices Act ("FCPA") (18 U.S.C. 371)**

1

**ELEMENTS**:

The elements of a Section 371 conspiracy are:

1) That the defendant and at least one other person agreed to commit the crime of [here, violation of the FCPA];

2) That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

3) That at least one of the coconspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the information, in order to accomplish some object or purpose of the conspiracy.

*Source*: 2024 Pattern Jury Instructions, Instruction No. 2.15A

| | |
|---|---|
| **PENALTY**: | Imprisonment not to exceed 5 years and a fine of up to $250,000 |
| **SENTENCING GUIDELINES:** | Advisory |
| **SUPERVISED RELEASE:** | Not to exceed <u>three</u> years (18 U.S.C. § 3583(b)(2)) |
| **IMMIGRATION STATUS:** | U.S. Citizen (dual citizenship with Mexico) |
| **ASSESSMENT:** | $100 per count of conviction |
| **FORFEITURE:** | The defendant agrees that he received $383,896 and stipulates to a money judgement in that amount. ¶ 20. |