United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | **CRIMINAL NO. 4:26-cr-0135** |
| | § | |
| ALFONSO WILSON, | § | |
| Defendant. | § | |

## ORDER FOR REDACTION OF TRANSCRIPT

For good cause shown, the Parties' Joint Motion to Redact Transcript is

**GRANTED.**

It is hereby **ORDERED** that the information specified in the Parties' Joint

Motion to Redact Transcript be redacted from the official transcript from the March

31, 2026 re-arraignment hearing (ECF 30) prior to public publication.

Dated: **5/14/26**

_____
THE HONORABLE DAVID HITTNER
U.S. DISTRICT COURT JUDGE